IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GIANINNA GALLARDO, an incapacitated person, by and through her parents and co-guardians, PILAR VASSALLO and WALTER GALLARDO,

    Plaintiff,

vs.                                  Case No.: 4:16-cv-116-MW-CAS

ELIZABETH DUDEK, in her official capacity as Secretary of the STATE OF FLORIDA, AGENCY FOR HEALTH CARE ADMINISTRATION,

    Defendant.
_____/

## ANSWER

Defendant ELIZABETH DUDEK, in her official capacity as Secretary of the STATE OF FLORIDA, AGENCY FOR HEALTH CARE ADMINISTRATION ("Agency," or "AHCA"), by and through undersigned counsel, hereby files this Answer, stating:

1. Paragraphs 1, 2, 5-15, 26, 27, 29, 31, 33, 40, 42, 43-47, 49, and 52 are admitted.

2. Paragraphs 30, 32, 34, 36-39, and 48 are denied.

3. Paragraphs 3, 4, 16-25, 28, 53-55, and 57-60 are argument or legal conclusion, and are denied.

4. Paragraph 35 is admitted to the extent that GIANINNA's personal injury action was settled in two settlements totaling $800,000. Otherwise, denied.

5. Paragraph 41 is admitted to the extent that as a condition of GIANINNA's eligibility for Medicaid, GIANINNA assigned to AHCA her right to recover from liable third-parties. Denied to the extent that the right assigned is limited to medical expenses

1

paid by Medicaid.

6. Paragraph 50 is denied. AHCA has not yet taken such a position; AHCA has not responded to the petition, nor made argument in a hearing or proposed final order.

7. Paragraph 51 is admitted to the extent that the described means of successfully challenging the amount payable to AHCA is one means available to the Plaintiff. Denied to the extent that AHCA's position is that the described means is the exclusive means.

8. Paragraph 56 is admitted to the extent the referenced paragraphs have been admitted, and is denied to the extent the referenced paragraphs have been denied.

9. Defendant admits that Plaintiff seeks the relief granted in sub-paragraphs A-E of the "wherefore" paragraph, but denies that Plaintiff is entitled to such relief, or that it is appropriate.

WHEREFORE, Defendant ELIZABETH DUDEK, in her official capacity as Secretary of the STATE OF FLORIDA, AGENCY FOR HEALTH CARE ADMINISTRATION, requests that this Honorable Court:

A. Deny Plaintiff's requests for relief; and

B. Grant such further relief as this Court deems just and proper.

Respectfully submitted this 25th day of April, 2016.

        /s/ Alexander R. Boler
        Alexander R. Boler
        Florida Bar No.: 111374
        2073 Summit Lake Drive, Suite 300
        Tallahassee, Florida 32317
        Phone: (801) 352-5038
        Fax: (850) 201-1411
        E-mail: FLTPLLEGAL@xerox.com
        E-mail: alexander.boler@xerox.com
        *Counsel for Defendant*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to the following on this 25th day of April, 2016:

Floyd B. Faglie
Staunton & Faglie, PL
189 E. Walnut Street
Monticello, Florida 32344
faglielaw@earthlink.net
*Counsel for Plaintiff*

Bryan S. Gowdy
Creed & Gowdy, P.A.
865 May Street
Jacksonville, Florida 32204
bgowdy@appellate-firm.com
filings@appellate-firm.com
*Counsel for Plaintiff*

/s/ Alexander R. Boler
Alexander R. Boler
Florida Bar No.: 111374
2073 Summit Lake Drive, Suite 300
Tallahassee, Florida 32317
Phone: (801) 352-5038
Fax: (850) 201-1411
E-mail: FLTPLLEGAL@xerox.com
E-mail: alexander.boler@xerox.com
*Counsel for Defendant*